# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Noraceli ZAZUETA,<br><br>Defendants. | Case No.: '22 MJ04618<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about December 19, 2022, within the Southern District of California, Noraceli ZAZUETA did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Robin Tannehill
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 20th day of December 2022.

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge

## STATEMENT OF FACTS

On December 19, 2022, at approximately 11:45 AM, Noraceli ZAZUETA, ("ZAZUETA"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #21. ZAZUETA was the driver, sole occupant, and registered owner of a 2017 Nissan Rogue ("the vehicle") bearing California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the vehicle's floor.

A Customs and Border Protection Officer received two negative Customs declarations from ZAZUETA. ZAZUETA stated she was crossing the border to go to San Francisco, California. Officers referred the vehicle was escorted to secondary inspection. A CBP Officer observed a non-factory steel plate on the driver's side floor. A CBP Officer conducted a visual inspection under the seat and observed hole in which a package wrapped in cellophane was observed.

Further inspection of the vehicle resulted in the discovery of 90 packages concealed in the floor of the vehicle, with a total approximate weight of 44.46 kgs (98.02 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

ZAZUETA was placed under arrest at approximately 2:05 pm.

During a post-Miranda interview, ZAZUETA denied knowledge of the narcotics were in the vehicle. ZAZUETA stated that she was going home to Oakland, CA after spending the weekend with her father and brother in Tijuana, MX.

ZAZUETA was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.